PROB 12B
ED/AR (8/2002)

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED
EASTERN U.S. DISTRICT COURT
DISTRICT ARKANSAS
AUG 07 2006
JAMES W. McCORMACK CLERK
By: _____ DEP CLERK

Name of Offender: Ricky St. John                Case Number: 4:01CR00026-01 SWW

Name of Sentencing Judicial Officer:   Honorable Susan Webber Wright
                                        United States District Judge

Offense:               Possession of an unregistered firearm

Date of Sentence:      November 6, 2002

Sentence:              30 months Bureau of Prisons, 2 years supervised release, mandatory drug testing, substance abuse treatment, mental health counseling, defendant shall pay child support as directed by any court, defendant shall stay away from Barbara Crow, and $100 special penalty assessment

Type of Supervision:   Supervised Release          Date Supervision Commenced: December 29, 2004
                                                   Expiration Date: December 28, 2006

Asst. U.S. Attorney: Linda B. Lipe                 Defense Attorney: Christopher A. Tarver

U.S. Probation Officer: Julie Murphy
Phone No.: 501-604-5269

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

The defendant shall participate and reside in a community correctional facility for the remainder of his supervised release. While there, he will participate in the in-house mental health program as well as outpatient mental health counseling.

### CAUSE

On June 16, 2006, Mrs. Brenda St. John obtained a temporary restraining order against Mr. St. John in Cleburne County, Arkansas. This was in conjunction with her filing for divorce. On June 18, 2006, officers of the Cleburne County Sheriff's Department were called to Mrs. St. John's residence where Mr. St. John had just threatened to hang himself from a tree in the yard. Officers found a rope with a slip knot hanging from a tree. Additionally, they were present when Mr. St. John began making phone calls to the residence. Mr. St. John was subsequently arrested at the residence next door. He admitted to officers that he had been going back and forth between the two houses that night. On June 27, 2006, Mr. St. John was convicted of violating a protection order in Cleburne County District Court. He was sentenced to six days in jail and ordered to pay a fine.

Prob 12B                      -2-                      Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Ricky St. John                  4:01CR00026-01 SWW

Mr. St. John reported to the United States Probation Office on July 5, 2006, to discuss his violation. He stated that he could benefit from counseling as well as a more structured environment. His attorney, Chris Tarver, was contacted and is in agreement with the modification. The Waiver of Hearing to Modify Conditions of Supervised Release is attached with this report.

_____       _____
Julie Murphy                                   Linda B. Lipe
U.S. Probation Officer                   Assistant U.S. Attorney

Date: June 21, 2006                     Date: 7-31-06

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[✓]    The Modification of Conditions as Noted Above
[ ]    Other

_____
Signature of Judicial Officer

August 7, 2006
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

JCM/kyj

c:   Assistant Federal Public Defender, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
     Assistant U.S. Attorney, Linda B. Lipe, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate and reside in a Community Correctional Facility for the remainder of his supervised release. While there, he will participate in the in-house mental health program as well as outpatient mental health counseling.

Witness: _____    Signed: _____
U.S. Probation Officer                          Probationer or Supervised Releasee

7-5-06
DATE